IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM BROCKUS**                                                                    **PLAINTIFF**
**WDC #18721**

**V.**                     **CASE NO. 4:25-cv-00746-JM**

**KESHA STOCKTON, former**
**Guard, White County Jail**                                                   **DEFENDANT**

## ORDER

Plaintiff Adam Brockus's Complaint (Doc. 2) is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. (Doc. 3). LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE