IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM BROCKUS**  **PLAINTIFF**
**WDC #18721**

V.  CASE NO. 4:25-cv-00746-JM

**KESHA STOCKTON, former**
**Guard, White County Jail**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 25th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE